WO

```
                                          FILED ____ LODGED
                                      ____ RECEIVED ____ COPY

                                              APR 2 4 2009

                                         CLERK U S DISTRICT COURT
                                           DISTRICT OF ARIZONA
                                         BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-09-08029-01-PCT-PGR |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| Brandon Max Fisher, | ) **ORDER** |
| Defendant. | ) |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on April 21, 2009.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions or combination of conditions of release if Defendant were released.

**IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

DATED this 23rd day of April, 2009.

Lawrence O. Anderson
United States Magistrate Judge